IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

UNITED STATES OF AMERICA

V.                                                                          NO. 1:14-CR-00071-DMB-DAS

JOHN C. SYKES

### AMENDED ORDER GRANTING MOTION FOR CONTINUANCE

On August 20, 2014, Defendant John C. Sykes filed a motion [21] to continue the trial currently set for September 8, 2014. Counsel for Defendant represents as grounds for a continuance that he was only recently appointed to replace the Federal Public Defender as counsel for Defendant, and has had insufficient time to confer with Defendant, who is presently housed in Monroe County, receive and review the discovery in the case, and otherwise prepare for trial. The motion submits that the requested relief is unopposed by the Government and is requested so that justice may be done. Upon consideration, the Court concludes that the ends of justice will be served by granting a continuance to allow Defendant's counsel sufficient time to confer with Defendant, review discovery, and prepare for trial. Accordingly, the motion for continuance is granted.

It is ORDERED that trial is hereby continued until **Tuesday, October 14, 2014**. The plea agreement deadline is reset for September 29, 2014; and the pre-trial motion deadline is reset for September 15, 2014. It is further ORDERED that the delay from this date until commencement of such trial shall be excluded from all computations relative to the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) as to Defendant.

SO ORDERED, this the 4th day of September, 2014.

                                                                        **/s/ Debra M. Brown**
                                                                        **UNITED STATES DISTRICT JUDGE**